NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMAZON TECHNOLOGIES, INC.,**

*Appellant*

**v.**

**GAMES PARK WORLDWIDE, LTD.,**

*Appellee*

---

2024-1196

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91246977.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    AMAZON TECHNOLOGIES, INC. v. GAMES PARK WORLDWIDE, LTD.

(2)  Each side shall bear their own costs.


                                          FOR THE COURT


March 29, 2024                            Jarrett B. Perlow
     Date                                Clerk of Court


**ISSUED AS A MANDATE:** March 29, 2024